**SLARSKEY LLC** / 420 Lexington Avenue / Suite 2525 / New York, NY 10170

Richard Weingarten<br>
(212) 658-0661<br>
rweingarten@slarskey.com

May 25, 2022

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *Baretz+Brunelle LLC, et al. v. KSL Global Market Research, LLC*,
     22 Civ. 4202 (VSB)(GWG)

Dear Judge Broderick,

We represent Plaintiffs Baretz+Brunelle LLC and Howard Rosenberg in the above-referenced matter.

On May 23, 2022, we filed this action against Defendant KSL Global Market Research, LLC d/b/a Decipher Investigative Intelligence ("Decipher") pursuant to the federal Defend Trade Secrets Act, the Declaratory Judgment Act, and the Missouri Uniform Trade Secret Act. Plaintiffs seek, *inter alia*, a declaration that they have not violated any applicable provisions of law restricting the use of trade secrets so that they may compete fully and fairly in the marketplace without continued threats from Decipher to bring suit against Plaintiffs and interfere with their recently-launched business. (*See* Dkt. 1.) Decipher has not yet been served with process, nor appeared through counsel.

Mr. Rosenberg's name was inadvertently misspelled in the caption of the Complaint and, as a result, on May 24, 2022, we re-filed a corrected version of the Complaint (*see* Dkt. 6), which is identical to the originally filed version but for the corrected spelling of Mr. Rosenberg's name and the addition of the assigned case number and judges' initials. Earlier today, we filed a request for an amended summons to correspond to the corrected version of the Complaint. (*See* Dkt. 7.)

In light of the above, we respectfully request that the Court direct the Clerk's office to accept the corrected version of the Complaint (Dkt. 6) and issue a corresponding amended summons (Dkt. 7) so Plaintiffs may initiate service of process.

We thank the Court for its consideration of the within matters.

              Sincerely,

              Richard Weingarten