UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARETZ+BRUNELLE LLC and HOWARD ROSENBERG<br><br>PLAINTIFFS,<br><br>v.<br><br>KSL GLOBAL MARKET RESEARCH, LLC d/b/a DECIPHER INVESTIGATIVE INTELLIGENCE,<br><br>DEFENDANT. | CASE NO. 1:22-cv-04202-VSB-GWG |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and without waiving and specifically reserving all of defendant's objections to the jurisdiction and venue of this court, Charles S. Kramer hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant in the above-captioned action.

I am in good standing of the bars of the states of Missouri and Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have  never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 15, 2022

Respectfully Submitted,

Charles S. Kramer, MBN #34416
Riezman Berger P.C.
7700 Bonhomme Ave. 7th Floor
Clayton, Missouri 63105
Phone: (314) 727-0101
Fax: (314) 727-101
Email: ckramer@riezmanberger.com

To:  By ECF Filing
David Neal Slarskey
Slarskey LLC
420 Lexington Avenue
Suite 2525
New York, NY 10170
dslarskey@slarskey.com

Richard Keith Weingarten
Slarskey LLC
420 Lexington Avenue, Suite 2525
New York, NY 10170
rweingarten@slarskey.com