UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BARETZ+BRUNELLE L.L.C., and
HOWARD ROSENBERG

                        Plaintiffs,

            - against -

KSL GLOBAL MARKET RESEARCH, L.L.C.
d/b/a DECIPHER INVESTIGATIVE
INTELLIGENCE,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 1:22-cv-04202-VSB

**STIPULATED AGREEMENT** FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT

Plaintiffs' Baretz + Brunelle LLC, and Howard Rosenberg hereby inform the Court that they have stipulated and agreed with Defendant KSL Global Market Research, L.L.C. d/b/a Decipher Investigative Intelligence ("KSL") to extend the date upon which any response to the Plaintiffs' Complaint filed herein is due by July 16, 2022, and that such extension will be without prejudice to KSL's right to assert any and all defenses, including claims for lack of jurisdiction and/or venue, and hereby requests the Court to enter its Order adopting this stipulation.

SLARSKEY LLC

By: /s/ *David Slarskey*
David Slarskey
420 Lexington Ave., Suite 2525
New York, NY 10022
(212) 658-0661

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   06/21/22