UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BARETZ+BRUNELLE LLC and HOWARD ROSENBERG,

          Plaintiff,

    - against -

KSL GLOBAL MARKET RESEARCH, LLC d/b/a DECIPHER INVESTIGATIVE INTELLIGENCE,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 22 Civ. 4202

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Baretz+Brunelle LLC and Howard Rosenberg, and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the terms of a settlement agreement among the parties.

Dated: August 19, 2022
      New York, New York

                                        SLARSKEY LLC

                                        By: _____
                                        David Slarskey
                                        Richard Weingarten
                                        420 Lexington Avenue, Suite 2525
                                        New York, New York 10170
                                        (212) 658-0661
                                        *Counsel for Plaintiff Baretz+Brunelle LLC and Howard Rosenberg*