UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                            :

BARETZ+BRUNELLE LLC, et al.,                :

                                            Plaintiffs,      :
                                                                   :        22-CV-4202 (VSB)
                  -against-                   :
                                                                   :             **ORDER**

KSL GLOBAL MARKET RESEARCH, LLC  :
d/b/a DECIPHER INVESTIGATIVE
INTELLIGENCE,                                           :

                                              Defendant.    :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiffs filed this action on May 23, 2022.  (Doc. 1.)  On June 15, 2022, Defendant appeared, (Doc. 12), and on June 17, 2022, Defendant requested additional time to respond to Plaintiffs' Complaint, (Doc. 14).  I granted the request.  (Doc. 15.)  Defendant then sought two more extensions of time to respond, (Docs. 16, 18), which were both granted, (Docs. 17, 19).  Defendant's response was due on September 6, 2022.  (*See* Doc. 19.)  On August 19, 2022, Plaintiffs instead filed a notice of voluntary dismissal.  (Doc. 20.)  On August 22, 2022, Plaintiffs received a notice that the filing was deficient and were instructed to re-file the document.  To date, Plaintiffs have not done so.  Plaintiffs, however, have taken no action to prosecute this case.

       Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 14, 2022.  If Plaintiffs intend to re-file the notice of voluntary dismissal, they are directed to do so in accordance with Docketing's instructions by no later than September 14, 2022.  Otherwise, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 7, 2022
           New York, New York

                                            VERNON S. BRODERICK
                                            United States District Judge